THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING 
 EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Mark Anthony Gause,       
Appellant.
 
 
 

Appeal From Marion County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-249
Submitted February 20, 2004  Filed 
 April 15, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, for Respondent.
 
 
 

 PER CURIAM:  Mark Anthony Gause 
 pled guilty to one count of second-degree burglary, five counts of tampering 
 with a human drug product or food item, and one count of escape.  The circuit 
 court sentenced him to twelve years imprisonment for second-degree burglary 
 and twelve years imprisonment for the five counts of tampering with a human 
 drug product or food item, the sentences to run concurrently.  Additionally, 
 the circuit court sentenced him to five years imprisonment for escape, the sentence 
 to run consecutively.  Pursuant to Anders v. California, 386 U.S. 738 
 (1967), Gauses counsel attached a petition to be relieved.  Gause did not file 
 a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Gauses appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE,
JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.